IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CT-3064-D

| | |
|---|---|
| MATTIE SMITH as Personal Representative )<br>for the ESTATE OF DEMITTARUS )<br>PERNELL BURDEN, et al., )<br>                    Plaintiffs )<br>                     )<br>         v. )<br>                     )<br>GREG ATKINS, individually and as the )<br>Sheriff of Bertie County, et al., )<br>                  Defendants ) | **ORDER** |

Based on the Defendants' Motion to be executed from the Consent Discovery Plan, with the consent of the Plaintiffs, and for good cause shown, it is hereby ORDERED that the parties are excused from complying with the Consent Discovery Plan until such time as the Court has ruled on the pending Motions, including the Motions for Summary Judgment; and the parties are hereby relieved of any duties of mediation, pretrial preparation required by the Federal Rules of Civil Procedure and Local Rules of Court, and any prior Orders of the Court until such time as the pending Motions are ruled upon, and this case is set again for trial.

This the 9 day of August, 2010.

                                               The Honorable James C. Dever, III
                                               United States District Judge